# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00129-CV

**Daniel I. DeSilva, Appellant**

**v.**

**Smith & Newman Enterprises, Ltd., Co., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
## NO. D-1-GN-05-003256, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a Joint Motion to Dismiss Pursuant to Settlement.

We grant their motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   April 25, 2007